United States District Court.  1983 Form
Northern District of Texas.
  Briscoe Division:                  Clerk:

Joe Parker #1251337
Bill Clements Unit.              Complaint
Plaintiff
                                 Civil Action
         V.                      No: 2-20CV-208-Z

Mr. K. Holt.
  Law Library
Defendant
Bill Clements Unit



## I. Jurisdiction & Venue (B)

1. This is a civil action authorized by 42 U.S.C. section 1983 to redress the deprivation, under color of state law, of rights secured by the constitution of the United States. The court has jurisdiction under 28 U.S.C. section 1331 and 1343 (a)(3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C. section 2201 and 2202. Plaintiff's claims of injunctive relief are authorized by 28 U.S.C. section 2283 & 2284 and Rule 65 of the Federal Rules of Civil Procedure.

2. The [Northern district court] suit is filed in. is an appropriate venue under 28 U.S.C. section 1391 (b)(2) because it is where the events giving rise to this claim occurred.

## I. Plaintiff(s)

3. Plaintiff [ JOE PARKER ], is and was at all times mentioned herein a prisoner of the state of [TEXAS] in the custody of the [TEXAS] Department of Corrections. He is currently confined in [ Bill Clements Unit ], in [ Amarillo, TX ]

## II. Defendants (D)

4. Defendant. Mr. K. Holt. Law library. is sued in his Bill Clements Unit. Official Capacity. Acting under the color of state law.

## III. Facts (E)

Texas Dept. of Criminal Justice inmate Trust Fund. Statement of Account.

3/31/20. Mr. J. Montalvo

Beginning Balance:
  Deposits. $25.00

Law library took 100% of the $25.00 & Diciplinary.

denied. Emp. Houster. 1983 forms.
~~~~ Law books.

8th Amend.
Viol. Const. rights

## IV. Exhaustion of Legal Remedies (F)

Yes. My Step 2 was completed. & is attached to this docum.

## V. Legal Claims. (G)

Constitutional Amendments.
Amendment 8.
Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.

## VI. Prayer for Relief (H)

Wherefore, plaintiff respectfully prays that this court enter judgment granting plaintiff:

17. compensatory damages in the amount of $50,000 against defendant Mr. K. Holt.

Dated: 9/6/20.

Respectfully submitted,
Joe Parker #1257337
Bill Clements Unit, 9601 Spur 591
Amarillo, TX 79107



## Texas Department of Criminal Justice
## STEP 2   OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY |
|---|
| Grievance #: 2020123991 |
| UGI Recd Date: JUL 01 2020 |
| HQ Recd Date: JUL 06 2020 |
| Date Due: 8-15 |
| Grievance Code: U73 |
| Investigator ID#: 10352 |
| Extension Date: |

Offender Name: JOE PARKER   TDCJ# 1237337
Unit: Bill Clements   Housing Assignment: 3-3-50A,B
Unit where incident occurred: Bill Clements

*You must attach the completed Step 1 Grievance that has **been signed** by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has **been return**ed unprocessed.*

**Give reason for appeal (Be Specific).**   *I am dissatisfied with the response at Step 1 because...*

| Code | Issue | Authority |
|---|---|---|
| ~~#~~ 502 | Trust Fund | Regional Director |
| | ITF Holds, viol. Amend. 8. improper deductions, Law library collects 100%, violation. Amend. 8. Date: 3/31/20 Inmate Trust Fund Statement of Account w/u: J. Montalvo Deposits: $25.00 Beginning Balance: $10.00 w/u. Electronic Deposit. State criminal courts collect 10% of every deposit. Federal civil courts collect 20%. Medical collect. 50% indigent supplies collect at 100% Law library. | |

I-128 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix G

Diciplinary (damaged property) = 50.00 violations 100% is
Constitution of the United States. ~~Amendment XIV (1868)~~
~~Section 1. No State shall make or enforce any law which shall~~
~~abridge the privileges or immunities of citizens of the~~ too much
Amendment VIII [1991] Excessive bail shall not be required,
or Excessive fines imposed, nor cruel and unusual punishments inflicted.

Offender Signature: Joe Parker    Date: 6/30/20

**Grievance Response:**

A review of the Step 1 medical grievance has been completed regarding your complaint the $25.00 deposit which was made into your Trust Fund Account was used to pay your fees.

An appellate review of the medical grievance and clinical record indicates the response at Step 1 was appropriate. You currently owe $222.55 in medical fees. Your debts extend back to a charge from 5/03/1999. It does not appear any funds were removed from the $25.00 deposit made into your account to pay for medical costs. These unpaid amounts will stay on your account until paid. According to Administrative Directive (AD) 06.08, if the offender has less than $5 in their trust fund account, nothing is taken from the balance, but 50% of all future deposits are collected and applied until the total amount is paid. If the offender has $5 or more in their trust fund account, 50% of the balance or $13.55, whichever is less, shall be collected and applied and, if necessary, 50% of future deposits shall be collected and applied until the total amount due is paid. In accordance with AD 06.08, under no circumstance shall an offender be denied access to health care as a result of a failure or inability to make a co-payment. You may submit a Sick Call Request to medical asking to be seen for your future medical situations.

Further documentation indicates you did not attempt an informal resolution of your medical concern with supervisory staff. Please refer to Correctional Managed Health Care (CMHC) policy A-12.1, attachment A, regarding getting medical treatment. No further action is warranted at this time through the grievance process.

Signature Authority: STEP II MEDICAL GRIEVANCE PROGRAM OFFICE OF PROFESSIONAL STANDARDS TDCJ HEALTH SERVICES DIVISION    Date: 7.13.2020

Returned because:    *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible.*
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments.*
☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
☐ 6. Inappropriate.*

CGO Staff Signature: _____

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | CGO Initials: ____ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ___Screened ___Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |
| **2nd Submission** | CGO Initials: ____ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ___Screened ___Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |
| **3rd Submission** | CGO Initials: ____ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ___Screened ___Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |

I-128 Back (Revised 11-2010)    Appendix G

# Texas Department of Criminal Justice

## STEP 1 — OFFENDER GRIEVANCE FORM

Grievance #: 2020123991
Date Received: MAY 20 2020
Date Due: 7-4-20
Grievance Code: 673
Investigator ID #: I34763
Extension Date:
Date Retd to Offender: JUN 26 2020

3A 50 B

Offender Name: Joe Parker    TDCJ #: 1257331
Unit: Bill Clements    Housing Assignment: 3-3-50A
Unit where incident occurred: Bill Clements Unit.

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Ms. A. Jones    When? 5/16/20
What was their response? Pros Crim. Justice court system take over 60% of inmate trust fund.
What action was taken? Cons Crim. Justice court system & indig. medical. May viol. policy on money payment.

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Code 800 staff complaints. viol. AD-03.51. Extortion 642. Medical copayment. Over charging fee. 700. Access to courts = over charging fee. 701. Indigent supplies/mail. Over charging fee. Code 803. Allegations of criminal activity by staff of inmate trust fund account.

March 31, 2020. Mr. J. Montalvo placed $25.00 on my account. I was notified by Huntsville, TX inmate trust fund. I had a $10.00 balance. When I received my comm. receipt. I had 0 balance. PD-22.34. Accepting goods, money, services or favors. Taking of 10% of offender money off his trust fund account. They said there was $10.00 balance on offender Parker books. They took all of $25.00 over 60%. Viol. constitutional right. 8th Amendment [1791] excessive bail shall not be required, not excessive fines imposed, not cruel and unusual punishments inflicted.

grievable issues:
2. The actions of an employee who work for TDCJ-inmate trust fund. There overcharging an offender payment plan. No more than 20% of $25.00 indigent & court fees. And medical also. 10% taken. I had $10.00 balance. All denied.

I-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix F

Viol. 8th

offender still should have some money leftover.

RELIEF:

2. change of policy, procedure, rule or practice; concerning inmate trust fund account. Medical, indigent, court fees overcharging and offender who have $25.00 placed on his books, over 60% taken of my books. Ms. A. Jones, commissary & Mr. K. Holt; Law Library. Holding and not releasing info about money taken

Action Requested to resolve your Complaint. Code of Ethical Conduct. Uphold all federal, State and local laws of overcharging fee for an offender, over 60% taken, and adhere to the agency's policies, 8th amend, procedures, rules and regulations.

Offender Signature: Joe Parker        Date: 5/16/20

Grievance Response:

After reviewing the documentation, I find that you owe the following amount; 12/09/2020 $13.55; 9/18/2015 $100.00; 10/28/2020 $100.00; 2/11/10 $3.00; 02/17/2020 $3.00; 05/03/1999 $3.00. There has been no money deduct from your account. If you have any other problems or concerns, you can submit a SCR.

Signature Authority: [signature] /D MARKGRAF FAA        Date: 6-19-2020

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:        *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

I-127 Back (Revised 11-2010)

**OFFICE USE ONLY**
Initial Submission        UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____
2nd Submission        UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____
3rd Submission        UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

Appendix F

# REASONS FOR HOLDS ON YOUR ACCOUNT

A Place Hold (PH) was added to your account on __5-30-13__ in the amount of $ __335.45__ for the following reason:

__X__ DISCIPLINARY # __Multiple cases__

___ ID CARD REPLACEMENT CHARGE

___ COURT SANCTION

___ INITIAL PARTIAL FILING FEE

___ FORFEITURE

___ QUESTIONABLE DEPOSIT

___ SALES ERROR ___/___/_____

___ ECOMM CHARGEBACK ___/___/_____

___ ECOMM SALES ERROR

___ ECOMM INVESTIGATION

___ UNIT LEVEL INVESTIGATION

___ INVESTIGATION 10 (CELL PHONE RELATED)

___ UTMB (GLASSES REPLACEMENT)

___ COLLEGE

___ DUPLICATE DEPOSIT ___/___/_____

___ RETURNED MONEY ORDER ___/___/_____

___ DEPOSIT ERROR ___/___/_____

___ INTAKE ERROR

*Submit and I-60 to the following department for further information:* _____

EXPLANATION: _____

\#1257337

Viol. AD-03.51

Extortion.

Dear Sir: Hellow.
Code 800. Staff complaints.
according to commissary & Trust Fun
Clements Unit. Purchase Receipt.
Date: 5/16/20  SA

LOC.
3-3-50A

There is no money on my books.
Correction need to be made.
Statement of Account
say I have $10.00 balance.

RH = $8.95

WU J. Montalvo
Placed $25.00 on my books. <u>deposits.</u>
on 3/31/20.
Left $10.00

Name: Joe Parker
No: 1259337
Unit: Clements  B

Sincerely,
Joe Parker

$222.55
Medical co-pay owed.
Federal court fee owed.
$1,745.30
indigent sup. owed.
$108.99
other hold amount.
$344.35

Case 2:20-cv-00208-Z-BR   Document 3   Filed 09/11/20   Page 10 of 16   PageID 14

Bill of rights

8th Amendment hight . 1791
Excessive bail shall not be required,
not excessive fines imposed,
nor cruel and unusual punishments
inflicted. Violation



```
        Commissary & Trust Fund
           CLEMENTS UNIT 'A'
        Commissary Purchase Receipt

Date:  5/16/20
Time:  13:18:01
Location...:  0371 - 02
Salesperson:  0A00050


Purchaser Name:
PARKER, JOE
Housing: BLDG 3-A-3 ROWCELL50
ID Number: 01257337

Begin Acct. Bal:              $.00
Begin Spend Limit:            $.00



* No Records to Print *



Transaction Quantity:
Transaction Total:            $.00
Sales Tax Included            $.00
Ending Balance:               $.00

Beginning Balance:            $.00
Begin Spend Limit:            $.00
End Spend Limit:              $.00

_____
THUMBPRINT



_____
SIGNATURE
```

FEES ARE COLLECTED IN THE FOLLOWING MANNER:

### STATE CRIMINAL COURTS

Collect 10% of every deposit made for each case in which the court has submitted an Order to Withdraw Funds. (Inmate Trust Fund collects by order of the court)

### FEDERAL CIVIL COURTS

Collect 20% of every deposit made for each case in which the court has submitted an order instructing to withdraw funds. (Inmate Trust Fund collects by order of the court)

### MEDICAL

Collects 50% of each deposit made until paid in full. (Unit Practice Manager collects)

### of INDIGENT SUPPLIES

Collect at 100%. (Unit Law Library collects)

### CHILD SUPPORT

Collections are dictated through the Office of Attorney General. (Inmate Trust Fund collects by order of the Office of Attorney General)

### DICIPLINARY (DAMAGED PROPERTY)

If you have ever been charged for damage to State Property, the Assessment report (I-47C) along with the Disciplinary report (I-47MA) is sent to Inmate Trust Fund for collection. If at that time your account does not have funds to cover the total amount to collect, a place hold will be added to your account until that amount is available for collection. Only when the total amount owed is collected will the hold be released from your account.

These charges never expire. If you owe for damages and you are released from custody you are still indebted to TDCJ. If you ever return to TDCJ custody, those charges will be placed back on your account for collection. Even if you have a new TDCJ #. (Inmate Trust Fund collects by notice of Unit Disciplinary Hearing)

Rec 6/30/20   Step 1. Money Problems.
Step 2 Filled. Truck mail.
Placed in box.

| | |
|---|---|
| JOE PARKER, #1257337 ) | CLERK: |
| Bill Clements Unit | IN the NORTHERN |
| Plaintiff ) | District Court, |
| V. | Brisco Division: |
| Mr. K. Holt. ) | Amarillo, TX |
| Law Library. | 79101-1559 |
| Bill Clements Unit. ) | |
| Defendant | Civ Action No: |

## Affidavit

BEFORE ME, the undersigned authority, personally appeared <u>before the warden, Mr. Richerson.</u>, who, being by duly sworn, 9/5/20, deposed as follows:

MY NAME is <u>JOE PARKER</u>, I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the custodian of the records of <u>Bill Clements Unit</u>, attached hereto are <u>PD-22.23. mistreatment of offenders, pages of records from Bill Clements Adm. viol. comm. & Trust Fund.</u> These said violations pages of records are kept by <u>personnel dept.</u> in the regular cource of business, and it was the regular cource of business of <u>TDC-J Comm. & Trust Fund.</u> for an employee or representative of <u>Bill Clements Comm. & Trust Fund.</u> with knowledge of the act, event,

condictions, opinions, or diagnosis, recorded to make the record or to transmit information there of to be included in such record; and the record was made at or near the time or reasonally soon there after.
The records attached hereto are the original or exact duplicates of the original.

___JOE g PARKER___
Affiant

sworn to and subscribed before me on the 5: day of sept. 2,020

___warden, Mr. richerson,___
Notary public, state of TX.

Notary's printed Name:

___[signature]___
LAW library.

My commission Expires:
Dec. 31, 2,022
" IN the Name and by the Authority of the State of Texas "
" Against the peace and dignity of the state "

1257337
JoE PARKER
Bill clements unit.
9601 spur sal
Amarillo, TX
79107

Special
correspond-
ence

Legal
Mail



Clerk:
U.S. District county
Northern District of TX.
205 E. Fifth street, RM.133
Amarillo TX
79101-1559