IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| JOE PARKER,<br>TDCJ No. 01257337,<br><br>Plaintiff,<br><br>v.<br><br>K. HOLT, *Law Library Officer*,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§   2:20-CV-208-Z-BR<br>§<br>§<br>§<br>§ |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 27 2021
CLERK, U.S. DISTRICT COURT
By_____ Deputy

## JUDGMENT

Of equal date herewith, the undersigned United States District Judge has entered an order **DISMISSING** Plaintiff's Complaint.

Judgment is entered accordingly.

May 27, 2021.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE